# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **PEACHTREE HOTEL GROUP II, LLC, derivatively on behalf of PHG JACKSONVILLE, LLC,** ) ) ) ) | |
| **Plaintiff,** ) ) | Adversary Proceeding No. 15-05418-wlh |
| v. ) ) | |
| **JAX FAIRFIELD HOTEL GROUP, LLC; JAX FAIRFIELD FINANCIAL, LLC; CHITTRANJAN K. THAKKAR; NILOY THAKKAR; ROHAN THAKKAR; NILHAN FINANCIAL, LLC; NRCT, LLC; NILOY & ROHAN, LLC; DCT SYSTEMS GROUP, LLC; NILHAN DEVELOPERS, LLC; SUGARLOAF CENTRE, LLC; BAY CIRCLE PROPERTIES, LLC; SALONI THAKKAR; and WELLS FARGO BANK, N.A.,** ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** ) _____ ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)((A)(ii), the parties hereby stipulate and agree to the dismissal of this action, without prejudice, with each party agreeing to bear its own costs and attorneys' fees in this matter. The

parties agree that the Plaintiff has not previously dismissed any federal- or state-court action based on or including the same claims.

In accordance with the terms of the Settlement, this stipulation operates as a dismissal with prejudice absent further action by any of the parties within twelve (12) months from the date of filing of this stipulation.

This 14th day of January, 2016.

/s/_____
Cristopher B. Hall
Georgia Bar No. 318380
HALL & LAMPROS, LLP
Promenade Two, Suite 950
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 876-8100
Facsimile: (404) 876-3477

*Counsel for Plaintiff Peachtree Hotel Group*

/s/_____
Richard L. Robbins
Georgia Bar. No. 608030
Jeremy U. Littlefield
Georgia Bar No. 141539
ROBBINS ROSS ALLOY BELINFANTE
 LITTLEFIELD LLC
999 Peachtree Street, N.E., Suite 1120
Atlanta, GA  30309-3996
(678) 701-9381 (Telephone)
(404) 856-3250 (Facsimile)

*Counsel for Defendants JAX Fairfield Hotel Group, LLC; JAX Fairfield Financial, LLC; Chittranjan K. Thakkar; Niloy Thakkar; Rohan Thakkar; Nilhan Financial, LLC; Niloy & Rohan, LLC; and Saloni Thakkar*

/s/_____
C. Edward Dobbs
Georgia Bar No. 223450
Joshua J. Lewis
Georgia Bar No. 303211

/s/_____
John A. Christy
Georgia Bar No. 122518
J. Carole Thompson Hord
Georgia Bar No. 291473

PARKER, HUDSON, RAINER & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5300
Telecopier: (404) 522-8409

*Counsel for Defendant Wells Fargo Bank, N.A.*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516
Telephone: (404) 681-3450
Facsimile: (404) 681-1046

*Counsel for Bankruptcy Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Stipulation of Dismissal was filed and served via CM/ECF electronic notification on all Electronic Filing Users on the list to receive email notice/service for this case. I further certify that I caused a copy of the foregoing to be served via United States Mail, with sufficient postage thereon to ensure delivery to those on the attached service list:

| | |
|---|---|
| Jessica Talley-Peterson | Thomas W. Dworschak |
| HDH Advisors, LLC | Office of the U.S. Trustee Suite |
| Suite 950 | 362 Richard Russell Building |
| 2002 Summit Boulevard | 74 Spring Street, SW |
| Atlanta, GA 30319-6420 | Atlanta, Georgia 30303 |

This 14th day of January, 2016.

/s/
J. Carole Thompson Hord